# EXHIBIT "B"

### IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT,
### IN AND FOR BROWARD COUNTY, FLORIDA

CHANTAL RAYNARD
and GEORGE RAYNARD,

CIRCUIT CIVIL DIVISION

Plaintiffs,

CASE NO:

vs.

WAL-MART STORES EAST, LP

Defendant.
_____

### COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs CHANTAL RAYNARD and GEORGE RAYNARD sue Defendant WAL-MART STORES EAST, LP for damages and alleges as follows:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of Fifty Thousand Dollars ($50,000.00) exclusive of interest, costs and any attorneys' fees.

2. This court has jurisdiction over the Defendant in this case pursuant to, *inter alia*, § 48.193(1)(a), (1)(b) Florida Statutes.

3. Venue is proper in Broward County, Florida because all of the actions giving rise to this Complaint occurred in Broward County, Florida.

4. At all material times, CHANTAL RAYNARD was and is a Florida domiciliary resident in Palm Beach County, Florida and is otherwise *sui juris*.

5. At all material times, GEORGE RAYNARD was and is a Florida domiciliary resident in Palm Beach County, Florida and is otherwise *sui juris*.

6. At all material times, CHANTAL RAYNARD and GEORGE RAYNARD are and were legally married.

7. At all material times, Defendant WAL-MART STORES EAST, LP is and was a foreign limited partnership with its principal place of business and offices in Bentonville, Arkansas. Defendant WAL-MART STORES EAST, LP operates, conducts, engages in and carries on its business in Broward County, Florida.

8. At all material times, Defendant WAL-MART STORES EAST, LP owned and controlled the real property located at 5571 W Hillsboro Boulevard, Coconut Creek, Florida 33073 ("Subject Property").

9. Plaintiffs have provided the necessary disclosure and complied with s. 768.0427, Florida Statutes.

10. Plaintiffs have satisfied all conditions precedent to bringing this action.

## FACTUAL ALLEGATIONS

11. On or about October 23, 2023, CHANTAL RAYNARD was lawfully present on the Subject Property.

12. On or about October 23, 2023, CHANTAL RAYNARD was browsing merchandise in one of the store aisles when a metal rod fell from the product shelving and struck CHANTAL RAYNARD on her right arm.

13. As a result of this dangerous condition, CHANTAL RAYNARD sustained severe and permanent physical injuries as well as other damages.

## COUNT I
## NEGLIGENCE AGAINST WAL-MART STORES EAST, LP

14. Plaintiffs re-allege and reaffirm paragraphs 1 – 13 and further alleges as follows.

15. At all material times, Defendant WAL-MART STORES EAST, LP owned the Subject Property.

16. At all material times, Defendant WAL-MART STORES EAST, LP maintained,

operated, managed and controlled the Subject Property.

17. At all material times, Defendant WAL-MART STORES EAST, LP, through its agents, employees, representatives or others over whom it exercised control, owed a non-delegable duty to eliminate hazardous conditions and maintain its premises in a reasonably safe condition for the benefit of patrons, invitees, guests and all those lawfully on the Subject Property, including CHANTAL RAYNARD.

18. At all material times, Defendant WAL-MART STORES EAST, LP acting either directly or through its employees and/or agents, breached its duty of reasonable care by allowing a dangerous condition to exist on the Subject Property in a manner which caused CHANTAL RAYNARD to sustain serious and permanent injuries.

19. At all material times, Defendant WAL-MART STORES EAST, LP possessed actual or constructive knowledge of the dangerous condition to which it subjected invitees and guests, including CHANTAL RAYNARD. Defendant WAL-MART STORES EAST, LP should have taken action to maintain the Subject Property in a reasonably safe condition, but it failed to do so.

20. At all material times, Defendant WAL-MART STORES EAST, LP, by and through its agents, servants, employees or independent contractors, breached its non-delegable duty of care to provide its guests and invitees, including CHANTAL RAYNARD, with reasonably safe premises and acted in a careless and negligent manner through the following acts of omission or commission:

    a. Creating a dangerous condition on the Subject Property;

    b. Failing to ensure the premises were free of dangerous and hazardous conditions;

  c. Failing to properly secure the shelving, signage and its component parts on the Subject Property premises;

  d. Failing to timely identify or discover hazardous conditions on the Subject Property;;

  e. Failing to remedy a hazardous condition about which Defendant WAL-MART STORES EAST, LP had or should have had knowledge;

  f. Failing to properly and adequately warn CHANTAL RAYNARD of a dangerous and/or hazardous condition on the premises that Defendant WAL-MART STORES EAST, LP knew or should have known to exist;

  g. Failing to properly train and instruct employees on how to maintain the Subject Property in a reasonably safe condition;

  h. Failing to properly train and instruct employees on how to identify and remedy hazardous conditions on the Subject Property;

  i. Failing to comply with required and/or accepted industry practices, standards, and/or codes;

  j. Failing to identify and remedy dangerous conditions on the Subject Property so as to make them safe for use by invitees and/or guests; and

  k. Failing to remedy a dangerous condition on the Subject Property.

21. As a direct and proximate result of the negligent acts or omissions of Defendant WAL-MART STORES EAST, LP, its employees, agents or independent contractors, CHANTAL RAYNARD sustained serious and permanent injuries. Accordingly, Defendant WAL-MART STORES EAST, LP is directly and/or vicariously liable for her injuries.

22. As a direct and proximate result of Defendant RSS's negligence and carelessness, CHANTAL RAYNARD suffered injuries about her head, body and extremities with resulting pain and suffering, disability, disfigurement, mental anguish, embarrassment, inconvenience, loss of capacity for the enjoyment of life, exacerbation of preexisting conditions, lost wages and earning capacity, the expense of medical care, physical therapy and treatment, as well as all damages allowable under Florida law. The losses are either permanent or continuing in nature

and CHANTAL RAYNARD will continue to suffer these losses in the future.

23.    As a further direct and proximate result of the above-described negligence, GEORGE RAYNARD has suffered the loss of his wife's, CHANTAL RAYNARD's, services, society, comfort, companionship and consortium

WHEREFORE, Plaintiffs demand judgment against Defendant WAL-MART STORES EAST, LP for damages in excess of $50,000.00, as well as pre-judgment and post-judgment interest plus costs, all to the extent permitted by law, and demand a trial by jury of all issues so triable.

DATED this 20th day of October, 2025

Respectfully submitted,

/s/ Robert B. Boyers          .
ROBERT B. BOYERS
Fla. Bar No. 100978
Email:  rob@boyerslaw.com
         info@boyerslaw.com
MATTHEW S. MAZZARELLA
Fla. Bar No. 52335
Email:  matt@boyerslaw.com
BOYERS LAW GROUP, P.A.
*Attorneys for Plaintiffs*
123 Almeria Avenue
Coral Gables, Florida 33134
Telephone:    (305) 512-7600
Facsimile:    (786) 509-8021

### Designation of E-mail Addresses

For the purposes of future service of papers and pleadings upon the foregoing attorneys pursuant to Rule 2.516 of the Florida Rules of Judicial Administration, you are hereby directed to use the following e-mail addresses:

rob@boyerslaw.com
matt@boyerslaw.com
info@boyerslaw.com