# EXHIBIT "C"

Hollywood Regional Surgery Center
3475 Sheridan Street, Suite 104
Hollywood, FL 33021

Chantal M Raynard

# INVOICE

**Patient Name:** Chantal M Raynard

**MRN:**

**Invoice Date:** 09/11/2025

**Statements Received:** 0

| Date | Description | Dx Code | Charges | Adjustments | Balances |
|---|---|---|---|---|---|
| 09/21/2024 | (1) 24359; REPAIR ELBOW DEB/ATTCH OPEN | M77.11 G56.21 | $11,822.00 | | $11,822.00 |
| 07/15/2025 | 13 - Lien Lawyer Payment | | | $0.00 | |
| 09/21/2024 | (1) 64718; REVISE ULNAR NERVE AT ELBOW | M77.11 G56.21 | $7,391.00 | | $7,391.00 |
| 07/15/2025 | 13 - Lien Lawyer Payment | | | $0.00 | |
| 09/21/2024 | (1) 0232T; NJX PLATELET PLASMA | M77.11 G56.21 | $5,465.00 | | $5,465.00 |
| 07/15/2025 | 13 - Lien Lawyer Payment | | | $0.00 | |
| 09/21/2024 | (1) 0232T; NJX PLATELET PLASMA | M77.11 G56.21 | $5,465.00 | | $5,465.00 |
| 07/15/2025 | 13 - Lien Lawyer Payment | | | $0.00 | |
| 09/21/2024 | (1) 99070; SUPPLIES & MATERIALS | M77.11 G56.21 | $526.60 | | $526.60 |
| 07/15/2025 | 13 - Lien Lawyer Payment | | | $0.00 | |

| | |
|---|---|
| Insurance Due | $30,669.60 |
| Patient Due | $0.00 |
| **Total Balance** | **$30,669.60** |

| Current | 31 Days | 61 Days | 91 Days | 121+ Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $30,669.60 |

```
PARKCREEK SURGERY CTR                                        06/11/25
6806 N STATE RD 7
COCONUT CREEK, FL 33073-4304
9543123500
FEDERAL TAX ID 84-3082809
```

## BILLING LEDGER

PATIENT:    CHANTAL RAYNARD                    Acct.

    TO:     CHANTAL RAYNARD

| DATE | DX | DESCRIPTION | CPT | CHARGE |
|---|---|---|---|---|
| 12/16/24 | G56.21 | NEUROPLASTY AND/OR TRANS | 64718 | 10,103.00 |
| 12/16/24 | G56.21 | NEUROPLASTY AND/OR TRANS | 64719 | 10,103.00 |
| 12/16/24 | G90.51 | TRANSECTION OR AVULSION | 64772 | 7,037.00 |
| 12/16/24 | G90.51 | CONNECTIVE TISSUE, NON-H | C1763 | 28,555.00 |

```
                    TOTAL CHARGES      :  $55,798.00
                    TOTAL PAYMENTS        $0.00
```

# Patient Transaction Report

## Pohlman Pain Associates LLC

| Provider : | All | | Date Range : | Jan 1, 2017-Sep 10, 2025 |
| --- | --- | --- | --- | --- |
| Filter Charges : | Service Date | | Transaction Type : | Associated |

**PATIENT NAME:** RAYNARD, CHANTAL     **ACCOUNT #:**     **DOB:**

| Appointment Provider Name | Claim No | Service Date | Transaction Date | Code / Desc | Balance |
| --- | ---: | --- | --- | --- | ---: |
| POHLMAN, DANE C | 78861 | Nov 26, 2024 | Nov 26, 2024 | 99205 OFFICE/OUTPATIENT VISIT NEW | $1,370.00 |
| | | | Nov 26, 2024 | G2211 Complex e/m visit add on | $80.02 |
| **CLAIM BALANCE** | | | **CLAIM BALANCE** | **CLAIM BALANCE** | **$1,450.02** |
| POHLMAN, DANE C | 79143 | Dec 3, 2024 | Dec 3, 2024 | 64510 INJECTION, STELLATE GAGLION | $2,000.00 |
| | | | Dec 3, 2024 | 77002 NEEDLE LOCALIZATION BY XRAY | $620.00 |
| | | | Dec 3, 2024 | 99214 OFFICE/OUTPATIENT VISIT ESTABLISHED | $700.00 |
| | | | Dec 3, 2024 | NBKIT Nerve block kit | $100.00 |
| **CLAIM BALANCE** | | | **CLAIM BALANCE** | **CLAIM BALANCE** | **$3,420.00** |
| POHLMAN, DANE C | 80098 | Dec 16, 2024 | Dec 16, 2024 | 64510 INJECTION, STELLATE GAGLION | $2,000.00 |
| | | | Dec 16, 2024 | 77002 NEEDLE LOCALIZATION BY XRAY | $620.00 |
| | | | Dec 16, 2024 | 99214 OFFICE/OUTPATIENT VISIT ESTABLISHED | $700.00 |
| | | | Dec 16, 2024 | NBKIT Nerve block kit | $100.00 |
| **CLAIM BALANCE** | | | **CLAIM BALANCE** | **CLAIM BALANCE** | **$3,420.00** |
| POHLMAN, DANE C | 82082 | Jan 14, 2025 | Jan 14, 2025 | 64510 INJECTION, STELLATE GAGLION | $2,000.00 |

# Patient Transaction Report
## Pohlman Pain Associates LLC

| Provider : | All | | Date Range : | Jan 1, 2017-Sep 10, 2025 |
|---|---|---|---|---|
| Filter Charges : | Service Date | | Transaction Type : | Associated |

**PATIENT NAME:** RAYNARD, CHANTAL        **DOB:**

| Appointment Provider Name | Claim No | Service Date | Transaction Date | Code / Desc | Balance |
|---|---|---|---|---|---|
| POHLMAN, DANE C | 82082 | Jan 14, 2025 | Jan 14, 2025 | 77002 NEEDLE LOCALIZATION BY XRAY | $620.00 |
| | | | Jan 14, 2025 | 99214 OFFICE/OUTPATIENT VISIT ESTABLISHED | $700.00 |
| | | | Jan 14, 2025 | NBKIT Nerve block kit | $100.00 |
| **CLAIM BALANCE** | | | **CLAIM BALANCE** | **CLAIM BALANCE** | **$3,420.00** |
| POHLMAN, DANE C | 83994 | Feb 11, 2025 | Feb 11, 2025 | 64510 INJECTION, STELLATE GAGLION | $2,000.00 |
| | | | Feb 11, 2025 | 77002 NEEDLE LOCALIZATION BY XRAY | $620.00 |
| | | | Feb 11, 2025 | 99214 OFFICE/OUTPATIENT VISIT ESTABLISHED | $700.00 |
| | | | Feb 11, 2025 | NBKIT Nerve block kit | $100.00 |
| **CLAIM BALANCE** | | | **CLAIM BALANCE** | **CLAIM BALANCE** | **$3,420.00** |
| POHLMAN, DANE C | 84577 | Feb 18, 2025 | Feb 18, 2025 | 20610 ARTHROCENTES,ASP AND/OR INJ, MAJOR JOINT/BURSA W/O US | $410.00 |
| | | | Feb 18, 2025 | 77002 NEEDLE LOCALIZATION BY XRAY | $620.00 |
| | | | Feb 18, 2025 | 99214 OFFICE/OUTPATIENT VISIT ESTABLISHED | $700.00 |
| | | | Feb 18, 2025 | J3301 INJ TRIAMCINOLONE ACETONIDE 10 MG | $600.00 |

# Patient Transaction Report
## Pohlman Pain Associates LLC

| Provider : | All | | Date Range : | Jan 1, 2017-Sep 10, 2025 |
| --- | --- | --- | --- | --- |
| Filter Charges : | Service Date | | Transaction Type : | Associated |

**PATIENT NAME:** RAYNARD, CHANTAL   **ACCOUNT #:**   **DOB:**

| Appointment Provider Name | Claim No | Service Date | Transaction Date | Code / Desc | Balance |
| --- | --- | --- | --- | --- | --- |
| POHLMAN, DANE C | 84577 | Feb 18, 2025 | Feb 18, 2025 | NBKIT Nerve block kit | $100.00 |
| **CLAIM BALANCE** | | | **CLAIM BALANCE** | **CLAIM BALANCE** | **$2,430.00** |
| POHLMAN, DANE C | 86402 | Mar 13, 2025 | Mar 13, 2025 | 64510 INJECTION, STELLATE GAGLION | $2,000.00 |
| | | | Mar 13, 2025 | 77002 NEEDLE LOCALIZATION BY XRAY | $620.00 |
| | | | Mar 13, 2025 | 99214 OFFICE/OUTPATIENT VISIT ESTABLISHED | $700.00 |
| | | | Mar 13, 2025 | NBKIT Nerve block kit | $100.00 |
| **CLAIM BALANCE** | | | **CLAIM BALANCE** | **CLAIM BALANCE** | **$3,420.00** |
| POHLMAN, DANE C | 89280 | Apr 22, 2025 | Apr 22, 2025 | 64510 INJECTION, STELLATE GAGLION | $2,000.00 |
| | | | Apr 22, 2025 | 77002 NEEDLE LOCALIZATION BY XRAY | $620.00 |
| | | | Apr 22, 2025 | 99214 OFFICE/OUTPATIENT VISIT ESTABLISHED | $700.00 |
| | | | Apr 22, 2025 | NBKIT Nerve block kit | $100.00 |
| **CLAIM BALANCE** | | | **CLAIM BALANCE** | **CLAIM BALANCE** | **$3,420.00** |
| **ACCOUNT SUMMARY** | | | | | **$24,400.02** |
| Charge | | | | | $24,400.02 |
| **Total Balance** | | | | | **$24,400.02** |

# STATEMENT
# TRAVERSO HAND INC
3100 CORAL HILLS DR., SUITE 305
CORAL SPRINGS, FL 33065
855-481-5768 & 941-706-2187

CHANTAL RAYNARD                                                                    DATE  07-01-25

| DATE | REFERENCE | DESCRIPTION | | CHARGE | PMTS. | ADJ. | BALANCE |
|---|---|---|---|---|---|---|---|
| 01-15-25 | 11-21-24 | 99204 | OFFICE VISIT EXTE | 1,275.00 | | | 1,275.00 |
| 01-15-25 | 11-21-24 | 73080R | X-RAY ELBOW 3 VI | 245.00 | | | 1,520.00 |
| 01-15-25 | | | Insurance Billed | | | | 1,520.00 |
| 01-15-25 | 12-06-24 | 99214 | OFFICE VISIT EXTE | 970.00 | | | 2,490.00 |
| 01-15-25 | | | Insurance Billed | | | | 2,490.00 |
| 01-15-25 | 12-16-24 | 64856R | NEURORRHAPHY | 7,000.00 | | | 9,490.00 |
| 01-15-25 | 12-16-24 | 649055 | NERVE PEDICLE T | 7,000.00 | | | 16,490.00 |
| 01-15-25 | 12-16-24 | 253155 | FLEXOR SLIDE | 6,300.00 | | | 22,790.00 |
| 01-15-25 | 12-16-24 | 647195 | DECOMPRESSION U | 3,500.00 | | | 26,290.00 |
| 01-15-25 | | | Insurance Billed | | | | 26,290.00 |
| 01-15-25 | 12-19-24 | 99024 | POST OP VISIT | | | | 26,290.00 |
| 01-15-25 | 01-08-25 | 99024 | POST OP VISIT | | | | 26,290.00 |
| 01-23-25 | 01-22-25 | 99024 | POST OP VISIT | | | | 26,290.00 |
| 02-27-25 | 02-26-25 | 99024 | POST OP VISIT | | | | 26,290.00 |
| 04-16-25 | 03-26-25 | 99214 | OFFICE VISIT EXTE | 900.00 | | | 27,190.00 |
| 05-01-25 | 04-30-25 | 99214 | OFFICE VISIT EXTE | 970.00 | | | 28,160.00 |
| 05-01-25 | | | Insurance Billed | | | | 28,160.00 |
| 05-15-25 | 05-14-25 | 99214 | OFFICE VISIT EXTE | 900.00 | | | 29,060.00 |

**BALANCE**       29,060.00